KELLIE M. MURPHY, ESQ. (SBN 189500)
KRISTEN M. CAPRINO, ESQ. (SBN 306815)
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
Point West Commerce Centre
1545 River Park Drive, Suite 204
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247
E-mails: kellie@jsl-law.com / kristen@jsl-law.com

Attorneys for THIRD PARTY DEFENDANT:
STOCKTON UNIFIED SCHOOL DISTRICT

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| CYNTHIA HOPSON, <br><br> Plaintiff, <br><br> v. <br><br> RAYMOND INVESTMENT CORPORATION, and DOES 1-50, Inclusive, <br><br> Defendants. <br><br>_____<br><br> RAYMOND INVESTMENT CORPORATION, <br><br> Third Party Plaintiff, <br><br> v. <br><br> STOCKTON UNIFIED SCHOOL DISTRICT, <br><br> Third Party Defendant. | **CASE NO. 2:18-cv-02885-JAM-DB** <br><br> **STIPULATION AND ORDER OF DISMISSAL OF THIRD PARTY COMPLAINT PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** <br><br>_____<br><br> Complaint Filed:        October 30, 2018 <br> Third Party Complaint Filed:  March 19, 2019 <br><br> Trial Date:        August 24, 2026 |

The Complaint in this matter was dismissed with prejudice by Minute Order dated October 2, 2023. The remaining parties to this action, Defendant/Third-Party Plaintiff RAYMOND INVESTMENT CORPORATION and Third-Party Defendant STOCKTON

1

**STIPULATION AND ORER OF DISMISSAL OF THIRD PARTY COMPLAINT PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
1545 River Park Drive Suite 204
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

UNIFIED SCHOOL DISTRICT hereby stipulate that the Third Party Complaint and entire remaining action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated:  July 3, 2026                                    MALM FAGUNDES, LLP


By: */s/ Scott Malm (as auth. 7/3/2026)*
      SCOTT MALM, ESQ.
Attorneys for Defendant/Third-Party Defendant
RAYMOND INVESTMENT CORP.


Dated:  July 3, 2026                                    JOHNSON SCHACHTER & LEWIS
                                                        A Professional Law Corporation


By:  */s/ Kellie M. Murphy*_____
          KELLIE M. MURPHY
          KRISTEN M. CAPRINO
Attorney for Third Party Defendant STOCKTON
UNIFIED SCHOOL DISTRICT

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
1545 River Park Drive Suite 204
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

**STIPULATION AND ORDER OF DISMISSAL OF THIRD PARTY COMPLAINT PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED that the Third Party Complaint and entire remaining action be **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to **CLOSE** the file.

Dated: July 06, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

**JOHNSON SCHACHTER & LEWIS**
A PROFESSIONAL LAW CORPORATION
1545 River Park Drive Suite 204
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

3

**STIPULATION AND ORDER OF DISMISSAL OF THIRD PARTY COMPLAINT PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**